VAIL *v.* HEUSTIS.*

APPEAL from the *Dearborn* Court of Common Pleas. Monday, December 12.

*Per Curiam.*—The judgment in this case is affirmed for the reasons given in *Vail* v. *Heustis*, at the present term (1), the facts and questions arising in the record of each case being similar.

The judgment is affirmed with 5 per cent. damages and costs.

*J. Schwartz* and *P. L. Spooner*, for the appellant.

*D. S. Major*, for the appellee.

(1) There is no such case. - *See Infra* p. 647

* A petition for a rehearing of this case was filed on the 21st of *January*, and overruled on the 8th of *May*, 1860.